JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

FILED
IN CLERKS OFFICE
2020 DEC -8 PM 2: 10
U.S. DISTRICT COURT
DISTRICT OF MASS.

**Place of Offense:**     **Category No.** III     **Investigating Agency** FBI, IFB of MA

**City** Brockton     **Related Case Information:**

**County** Plymouth

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: RICHARD D. MCLAUGHLIN     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Brockton, MA

Birth date (Yr only): 1960   SSN (last4#): 0065   Sex M   Race: Caucasian   Nationality: USA

**Defense Counsel if known:** David Meier     Address: Todd & Weld, LLP

**Bar Number** _____     One Federal Street
Boston, MA

**U.S. Attorney Information:**

AUSA Victor A. Wild     Bar Number if applicable 543148

Interpreter: ☐ Yes ☑ No   List language and/or dialect: _____

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☑ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 8

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: December 8 2020    Signature of AUSA: _____

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   RICHARD D. MCLAUGHLIN

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   26 U.S.C. 7206(2) | FALSE TAX RETURNS | 1 - 5 |
| Set 2   18 U.S.C. 1341 | MAIL FRAUD | 6 - 8 |
| Set 3   18 U.S.C. 981(a)(1)(C) | FORFEITURE ALLEGATIONS |  |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**   18 U.S.C. 981(a)(1)(C) and 28 U.S.C. 2461(c) FORFEITURE ALLEGATIONS